Commonwealth *v*. Arnold, Appellant.

Submitted April 12, 1971. *Ila Jeanne Sensenich,* Assistant Public Defender, **and** *Dante G. Bertani,* Public Defender, for appellant; *Gilfert M. Mihalich,* Assistant District Attorney, **and** *John N. Scales,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM : The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

Commonwealth *v*. Baskin, Appellant.

Submitted April 14, 1971. *Anita M. Cohen* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.